IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02484–EWN–PAC

INTRAWEST/WINTER PARK
OPERATIONS CORPORATION,

    Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,
ING EMPLOYEE BENEFITS, (a division of ING Groep N.V.), and
ING NORTH AMERICAN INSURANCE CORPORATION,

    Defendants.

### ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636 (c)

Pursuant to D.C.COLO.LCivR 72.2, on the 23rd day of January, 2006, the court was notified the court of the parties' unanimous consent to disposition of the above action by a United States magistrate judge. Now, therefore, being sufficiently advised, it is

**ORDERED** as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636 (c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Patricia A. Coan; and

    3.  Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated this 24th day of January, 2006.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge