IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02484-BNB-PAC

INTRAWEST/WINTER PARK OPERATIONS CORPORATION,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,
ING EMPLOYEE BENEFITS (a division of ING Groep N.V.), and
ING NORTH AMERICAN INSURANCE CORPORATION,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Revised Stipulation to Amend Caption** [Doc. # 23, filed 3/17/06] (the "Motion"). The Motion is DENIED.

The Motion requests that the caption of the case be amended to delete ING Employee Benefits and ING North American Insurance Corporation because "defendant ING Employee Benefits, a business division of ReliaStar Life Insurance Company, and Defendant ING North American Insurance Corporation were erroneously named as a [sic] defendants in this action." Motion, p.1. As the Motion indicates, and based on my review of the complaint, claims are asserted against all three defendants. Consequently, the Motion is not really an attempt to amend the caption; rather, it is an attempt to amend the complaint to dismiss the claims brought against ING Employee Benefits and ING North American. The proper procedure to dismiss claims against defendants is through Fed. R. Civ. P. 41(a) and not by an amendment to the caption.

Although I am denying the Motion, nothing said here is intended to preclude the parties from dismissing claims against defendants through the proper procedure.

DATED March 24, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge