IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02484-BNB-PAC

INTRAWEST/WINTER PARK OPERATIONS CORPORATION,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,
ING EMPLOYEE BENEFITS (a division of ING Groep N.V.), and
ING NORTH AMERICAN INSURANCE CORPORATION,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend January 23, 2006 Scheduling Order to Extend Dates for Expert Witness Designation** (the "Motion"), filed on April 5, 2006.

IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 1, 2006**. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 3, 2006**.

DATED:  April 5, 2006