IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02484-BNB-PAC

INTRAWEST/WINTER PARK OPERATIONS CORPORATION,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

Defendant.
_____

## ORDER
_____

The **Joint Stipulation of Dismissal of Defendant ING Employee Benefits and ING North American Insurance Corporation Under Federal Rule of Civil Procedure 41(a)(1)** (docket entry no. 27, filed April 13, 2006), having come before the Court,

IT IS HEREBY ORDERED that defendants ING Employee Benefits and ING North American Insurance Corporation are dismissed without prejudice from this civil action, and the above amended caption is to be used on all future filings.

DATED April 18, 2006.

BY THE COURT:

　　　s/ Boyd N. Boland　　　
United States Magistrate Judge