IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02484-BNB-PAC

INTRAWEST/WINTER PARK OPERATIONS CORPORATION,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Joint Motion to Amend January 23, 2006 Scheduling Order (as Amended) to Extend Dates for Expert Witness Designation and to Extend Date for Completion of Discovery, and to Amend March 14, 2006 Minute Order to Re-Set the Date for Settlement Conference** [docket no. 29, filed May 16, 2006] (the "Motion"). The request to reset the date for the settlement conference is referred to Judge Coan.

    IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

    Expert Witness Disclosures:
        The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 7, 2006**;

        The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 7, 2006**;

    Discovery Cut-off:                            **September 8, 2006**.

DATED: May 19, 2006