IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02484-BNB-PAC

INTRAWEST/WINTER PARK OPERATIONS CORPORATION,

Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared on Friday, March 23, 2007, for a final pretrial order.  Pending at that time were the following:

(1)     **Plaintiff's Forthwith Motion to Amend Complaint to Include Exemplary Damages** [Doc. # 60, filed 3/7/2007] (the "Motion to Amend"); and

(2)     **Motion of Defendant ReliaStar Life Insurance Company to Strike Plaintiff's Rebuttal Expert Witness Bradley Levin** [Doc. # 62, filed 3/8/2007] (the "Motion to Strike Expert").

I heard argument on the motions and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is DENIED for failure to show good cause for not seeking leave to amend at an earlier date and because of undue delay in seeking leave to amend.

IT IS FURTHER ORDERED that the Motion to Strike Expert is DENIED as untimely

under my *Trial Procedures Order* [Doc. # 32, filed 6/23/2006] which required that motion in limine be filed on or before February 16, 2006.

IT IS FURTHER ORDERED that the defendant's oral motion to bifurcate is DENIED.

IT IS FURTHER ORDERED that the defendant may take a preservation deposition of Norman Krivosha prior to trial at a date and time as the parties may agree. All costs incurred by the plaintiff in attending the preservation deposition shall be born by the defendant.

IT IS FURTHER ORDERED that the parties shall identify, on or before **April 6, 2007**, all demonstrative exhibits they plan to use at trial.

Dated March 26, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge